

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,216-03

### EX PARTE RIGGIN GIDEON VALLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR02913 IN THE 42ND DISTRICT COURT FROM COLEMAN COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, the Index to Clerk's Record reflects that the record is 96 pages long, while the record before this Court is only 84 pages long. It appears from the Index that the missing documents include Inmate Correspondence, Bill of

Costs, Docket Report, Schedule of Records on Writ of Habeas Corpus, and Clerk's Certification.

The district clerk shall either forward to this Court the missing pages or certify in writing that these pages are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: August 19, 2020
Do not publish